**OLIVAREZ MADRUGA LEMIEUX O'NEILL, LLP**
Thomas M. Madruga – SBN 160421
tmadruga@omlolaw.com
Terence J. Gallagher – SBN 192341
tgallagher@omlolaw.com
Edward B. Kang – SBN 237751
ekang@omlolaw.com
500 South Grand Avenue – 12th Floor
Los Angeles, CA 90071
Tel: (213) 744-0099
Fax: (213) 744-009

Attorneys for Defendants,
CITY OF EL MONTE, EL MONTE
POLICE DEPARTMENT, OFFICER E.
RAMOS, OFFICER N. LONA and
OFFICER BALZANO

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO CARRILLO AGUILERA, | Case No.: |
| | Hon. |
| Plaintiff, | |
| | |
| vs. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |
| OFFICER E. RAMOS (#679); OFFICER N. LONA (#678); OFFICER BALZANO (#677); CITY OF EL MONTE, by and through the EL MONTE POLICE DEPARTMENT; DOES 1-25, inclusive, | LASC Case No. 21STCV01642 |
| Defendant. | Complaint Served: January 21, 2021 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendants City of El Monte, El Monte Police Department, Officer E. Ramos, Officer N. Lona and Officer Balzano (collectively, "Defendants") hereby remove to this Court the state court action described below.

1. On January 14, 2021, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Alvaro Carrillo Aguilera vs. Officer E. Ramos (#679); Officer N. Lona (#678); Officer Balzano (#677); City of El Monte, by and through the El Monte Police Department; and Does 1-25* as case number 21STCV01642 (the "Action"). A copy of the complaint is attached hereto as Exhibit "A".

2. The first date upon which Defendants received a copy of the complaint was January 21, 2021, when Defendant N. Lona was served with a copy of said complaint and a summons from the state court. A copy of the summons is attached hereto as Exhibit "B".

3. The complaint alleges that the Plaintiff suffered personal injuries and was denied his civil rights in conjunction with an arrest by law enforcement officers from the El Monte Police Department. The complaint alleges causes of action for federal constitutional and civil rights violations, including claims for violation of the First and Fourth Amendments of the United States Constitution, pursuant to 42 U.S.C. § 1983.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, in that it arises under 42 U.S.C. §1983. Therefore, the action may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a).

5. As there are no state law causes of action alleged in the Action, supplemental jurisdiction is not implicated in the Action.

6. Venue is proper in the Central District of California because it is the district embracing the Superior Court of California, County of Los Angeles, in which the

removed action is pending.  (28 U.S.C. § 1441(a).)  For the same reason, intra-district assignment is proper in the Western Division.  (28 U.S.C. § 1441(a).)

7. By virtue of the foregoing, Defendants hereby remove this action to the United States District Court for the Central District of California.

8. Counsel for Defendants certifies that it will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, and give notice of same to counsel for Plaintiffs.  True and correct copies of the Notice of Removal to the Superior Court of the State of California, County of Los Angeles is attached as Exhibit C.

Dated: February 22, 2021        **OLIVAREZ MADRUGA LEMIEUX O'NEILL, LLP**

By: /s/ Edward B. Kang
    Edward B. Kang
    Attorneys for Defendants, CITY OF EL MONTE, EL MONTE POLICE DEPARTMENT, OFFICER E. RAMOS, OFFICER N. LONA and OFFICER BALZONA

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF System.

          /s/ Edward B. Kang
          Edward B. Kang