**Daniel C. Sharpe, Esq. (SBN 267075)**
**WINDSOR TROY**
**3701 Wilshire Boulevard, Suite 1111**
**Los Angeles, California 90010**
**Phone: (323) 800-5405**
**Facsimile: (323) 800-5406**

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO CARRILLO AGUILERA<br><br>Plaintiff<br>v.<br><br>OFFICER E. RAMOS (#679); OFFICER N. LONA (#678); OFFICER BALZANO (#677); CITY OF EL MONTE, by and through the EL MONTE POLICE DEPARTMENT; and DOES 1-25, inclusive<br><br>Defendants | No. 2:21-CV-01913-FMO (JEMx)<br><br>**PARTIES' NOTICE OF SETTLEMENT** |

Pursuant to this Honorable Court's Scheduling and Case Management Order Re: Jury Trial (Docket No. 17), the Parties, by and through their respective counsel of record, hereby give Notice that settlement has been reached, subject to final approval of Defendant CITY OF EL MONTE– by and through the approval process of El Monte City Council.

## RECITATIONS OF FACT RE SETTLEMENT

In and around late August of 2021 the parties – by and through their counsel of record – began discussing informal settlement negotiations, including arranging mutually agreeable dates for mediation before the court-appointed panel mediator as well as whether private mediation would be appropriate in this case. Thereafter, counsel for the respective parties engaged in informal settlement negotiations before ultimately reaching a tentative agreement for settlement of all claims asserted by Plaintiff against all named Defendants, which was communicated by telephone call and email confirmation on or about Friday, September 3, 2021.

The parties understand that the informal settlement agreement is tentative insofar as final approval of settlement on behalf of Defendant CITY OF EL MONTE must be approved through a formal review and vote by the El Monte City Council, which is anticipated to take place on Tuesday, September 21, 2021, or on a date shortly thereafter subject to the availability and scheduling of the City Council. The parties anticipate finalizing settlement by way of a long-form settlement agreement between the parties. Plaintiff anticipates filing a Notice of Dismissal in this case upon (1) formal approval of settlement as described above; (2) execution of the long-form settlement agreement; and (3) payment of settlement funds to Plaintiff. The parties anticipate this process will take approximately ninety (90) days from the date of this Notice.

Based on the foregoing, the parties – by and through their counsel of record – request that this Honorable Court advance and vacate all case deadlines, court dates, and proceedings in the above-captioned matter previously set pursuant to FRCP 26 and set forth in the Scheduling and Case Management Order (Docket No. 17) and set an Order to Show Cause re Status of Settlement within four months of this Notice.

## Verification of Signatures of Counsel for All Parties

Pursuant to L.R. 5-4.3.4(a)(2)(i), I <u>Daniel C. Sharpe, Esq.</u> hereby attest that the below signatories have personally communicated to me their concurrence with the content of this Joint Report and have authorized me to file the same with this Honorable Court.

Date: September 7, 2021                    WINDSOR TROY

                                                   By:   /S/ Daniel C. Sharpe
                                                       Daniel C. Sharpe, Esq.
                                                       Attorney for Plaintiffs

Date: September 7, 2021  OLIVAREZ, MADRUGA, LEMIEUX, O'NEILL, LLP

                                                   By:   /S/ Edward B. Kang
                                                     Edward B. Kang, Esq.
                                                     Attorney for Defendants